**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50541 |
| Plaintiff - Appellee, | D.C. No. 3:13-cr-01654-JM |
| v. | |
| JAVIER MORENO-MENDOZA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Jeffrey T. Miller, District Judge, Presiding

Submitted September 23, 2014[**]

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Javier Moreno-Mendoza appeals from the district court's judgment and challenges the 24-month sentence imposed following his guilty-plea conviction for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Moreno-Mendoza contends that the district court abused its discretion by failing to depart or vary downward from the advisory Guidelines range on the basis of his cultural assimilation. Our review of this claim is limited to determining whether the court imposed a substantively reasonable sentence. *See United States v. Vasquez-Cruz*, 692 F.3d 1001, 1008 (9th Cir. 2012). The district court did not abuse its discretion in imposing Moreno-Mendoza's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence at the low end of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Moreno-Mendoza's extensive immigration history. *See id*.

**AFFIRMED.**